**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER OF CONTINUING ABATEMENT

Appellate case name:          Jim Kelly, Karl Baldwin, and Wood Master Homes v. Karen
                              Tracy

Appellate case number:       01-18-00913-CV

Trial court case number:     1091620

Trial court:                 County Civil Court at Law No. 1 of Harris County

On December 17, 2019, this Court abated this appeal and remanded to the trial court to hold a hearing within 60 days to determine whether any heir or personal representative can substitute for appellee, Karen Tracy, who died while this appeal was pending, and whether an heir or representative wishes to file a brief. *See* TEX. R. CIV. P. 151, 152, 154; *Casillas v. Cano*, 79 S.W.3d 587, 591 (Tex. App.—Corpus Christi–Edinburg 2002, no pet.). This Court's order authorized the trial court to extend the time to hold the hearing on any party's motion.

Appellants, Jim Kelly, Karl Baldwin, and Wood Master Homes, have filed an advisory, which we construe as a motion to extend abatement. Appellants' motion states that the trial court, on the parties' agreed motion, continued the hearing to April 1, 2020, in part because an administrator has not yet been appointed for appellee's estate. Appellants' motion states that a hearing on a motion to appoint an administrator for appellee's estate is currently pending in Harris County Probate Court No. 2 and appellants anticipate the probate court will hold a hearing this month on the motion to appoint an administrator.

Accordingly, we **grant** appellants' motion and extend abatement for the trial court to hold a hearing on April 1, 2020, to determine whether any heir or personal representative can substitute for appellee in this appeal and whether the heir or representative wishes to file a brief.

We **order** the county clerk to file a supplemental clerk's record, and the court reporter to file a supplemental reporter's record, if any, within 15 days of the date of the hearing. We further **order** the parties to file a joint status update in 30 days of the date of

this order and every 30 days thereafter until this appeal is reinstated. This appeal is abated, treated as a closed case, and removed from the Court's active docket. The appeal will remain abated until the supplemental record is filed. Any party may file a motion to reinstate the appeal at any time, or the Court may reinstate the appeal on its own motion. Any party may file a motion to continue abatement.

It is so ORDERED.


Judge's signature:  _/s/  Evelyn V. Keyes_____
☑  Acting individually     ☐  Acting for the Court


Date:  February 20, 2020